```
                              F I L E D
                        CLERK, U.S. DISTRICT COURT
                              10/7/2025
                        CENTRAL DISTRICT OF CALIFORNIA
                        BY:      RYO       DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-cr-00813-FLA |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 922(g)(1): Prohibited Person in Possession of a Firearm and Ammunition; 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| GERARDO REYES, aka "Big Gera," | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about September 4, 2025, in Ventura County, within the Central District of California, defendant GERARDO REYES, knowingly possessed the following firearm and ammunition, each in and affecting interstate and foreign commerce:

1. A Beretta PX4 Storm, 9mm caliber semi-automatic pistol bearing serial number PX203792;

2. Nineteen rounds of 9mm Luger caliber ammunition, stamped "WIN 9mm Luger"; and

3.   Nine rounds of 9mm Luger caliber ammunition, stamped "STR 9x19mm 23."

Defendant REYES possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.   Assault by a State Prisoner, in violation of California Penal Code Section 4501, in the Superior Court of the State of California, County of San Luis Obispo, Case Number F323741, on or about April 8, 2003;

2.   Conspiracy to Commit a Crime, in violation of California Penal Code Section 182(A), in the Superior Court of the State of California, County of Ventura, Case Number 2011038558, on or about April 30, 2013; and

3.   Conspiracy to Commit a Crime, in violation of California Penal Code Section 182(A), in the Superior Court of the State of California, County of Ventura, Case Number 2014021013, on or about March 16, 2018.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in this Indictment.

2.  If so convicted, defendant shall forfeit to the United States of America the following:

   (a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

   (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has

//

//

//

been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

RAHUL R.A. HARI
Assistant United States Attorney
General Crimes Section